**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| ARLIN SOCORRO MOLINA NEGRON, JOSE PABLO BARLETTA SEGARRA AND THE CONJUGAL PARTNERSHIP CONSTITUTED BETWEEN THEM; VANESSA SAXTON ARROYO ON HER OWN BEHALF AND IN THE INTEREST OF THE MINOR A.I.G.S.; PLAINTIFFS BRING THIS CLASS ACTION ON BEHALF OF THEMSELVES AND A CLASS OF PERSONS (“CLASS MEMBERS”) WHO HAVE BEEN SUBJECT TO ILLEGAL AND WRONG ACTIONS BY DEFENDANTS. UNKNOWN PLAINTIFFS.<br><br>PLAINTIFFS<br><br>VS<br>FRONTIER AIRLINES INC.<br>4545 AIRPORT WAY, DENVER, CO 80239<br>UNKOWN DEFENDANTS, UNKNOWN INSURANCE AGENCIES.<br><br>DEFENDANTS | **<u>CLASS ACTION</u>**<br><br>CIVIL NO. 3:25-cv-01592<br><br>COMPLAINT FOR:<br>U.S. CONSTITUTIONAL AND CIVIL RIGHTS CLAIMS (DUE PROCESS, EQUAL PROTECTION, AND RIGHTS UNDER 42 U.S.C. § 1983 AND § 1981; THE AIR CARRIER ACCESS ACT, 49 U.S.C. § 41705; THE AMERICANS WITH DISABILITIES ACT (ADA), 42 U.S.C. § 12101 ET SEQ.; CIVIL RIGHTS ACT OF 1866, 42 U.S.C. § 1981; CIVIL RIGHTS ACT OF 1871, 42 U.S.C. § 1983; BREACH OF CONTRACT AND IMPLIED COVENANT OF GOOD FAITH; NEGLIGENCE AND NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS; FEDERAL RULE OF CIVIL PROCEDURE 23(B)(2) AND (B)(3); SUPLEMENTAL JURISDICTION.<br><br>(DEMAND FOR JURY TRIAL) |

## MOTION INFORMING COMPLETED SERVICE OF PROCESS

**TO THE HONORABLE COURT:**

1. COMES NOW Plaintiffs, through undersigned counsel, and respectfully inform this Honorable Court that service of process upon Defendant Frontier Airlines, Inc. has been properly and fully effected in accordance with Rule 4 of the Federal Rules of Civil Procedure.

2. The Summons in this matter was issued by the Clerk of Court on December 29, 2025, directing service upon Frontier Airlines, Inc.

3. On January 13, 2026, the Summons and Complaint were duly served upon Roberto Mendoza, who was identified as the authorized agent to accept service of process on behalf of Frontier Airlines, Inc., through Service Company Puerto Rico, Inc., as reflected in the executed Proof of Service.

4. The Proof of Service was executed under penalty of perjury and notarized, confirming that service was lawfully completed on said date and in compliance with the Federal Rules of Civil Procedure.

5. Accordingly, Plaintiffs respectfully notify the Court that Defendant Frontier Airlines, Inc. is now properly before this Honorable Court and that the time to answer or otherwise respond to the Complaint has commenced.

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiffs respectfully request that this Honorable Court take notice of the completed service of process as herein stated and grant any other relief that may be just and proper.

**RESPECTFULLY SUMBITTED** In San Juan, Puerto Rico, this 13 day of January, 2026.

*S/Pedro Tomás Berríos Lara* USDCPR 217611
420 Ponce de León Ave. Midtown Bld. Suite 607
San Juan, Puerto Rico 00919
(787)556-0440; pberrioslara@gmail.com

*S/Joseph F. Gierbolini,* USDCPR 229014
PO Box 191620 San Juan, PR 00919-1620
787-225-5367, juriszone@capr.org