**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| ARLIN SOCORRO MOLINA NEGRON, JOSE PABLO BARLETTA SEGARRA AND THE CONJUGAL PARTNERSHIP CONSTITUTED BETWEEN THEM; VANESSA SAXTON ARROYO ON HER OWN BEHALF AND IN THE INTEREST OF THE MINOR A.I.G.S.; PLAINTIFFS BRING THIS CLASS ACTION ON BEHALF OF THEMSELVES AND A CLASS OF PERSONS ("CLASS MEMBERS") WHO HAVE BEEN SUBJECT TO ILLEGAL AND WRONG ACTIONS BY DEFENDANTS. UNKNOWN PLAINTIFFS.<br><br>PLAINTIFFS<br><br>VS<br>FRONTIER AIRLINES INC.<br>4545 AIRPORT WAY, DENVER, CO 80239<br>UNKOWN DEFENDANTS, UNKNOWN INSURANCE AGENCIES.<br><br>DEFENDANTS | **CLASS ACTION**<br><br>CIVIL NO. 3:25-cv-01592<br><br>COMPLAINT FOR:<br>U.S. CONSTITUTIONAL AND CIVIL RIGHTS CLAIMS (DUE PROCESS, EQUAL PROTECTION, AND RIGHTS UNDER 42 U.S.C. § 1983 AND § 1981; THE AIR CARRIER ACCESS ACT, 49 U.S.C. § 41705; THE AMERICANS WITH DISABILITIES ACT (ADA), 42 U.S.C. § 12101 ET SEQ.; CIVIL RIGHTS ACT OF 1866, 42 U.S.C. § 1981; CIVIL RIGHTS ACT OF 1871, 42 U.S.C. § 1983; BREACH OF CONTRACT AND IMPLIED COVENANT OF GOOD FAITH; NEGLIGENCE AND NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS; FEDERAL RULE OF CIVIL PROCEDURE 23(B)(2) AND (B)(3); SUPLEMENTAL JURISDICTION.<br><br>(DEMAND FOR JURY TRIAL) |

**PLAINTIFFS' MOTION REQUESTING CONSIDERATION OF DOCKET NO. 18 OPPOSITION TO MOTION TO DISMISS**

**TO THE HONORABLE COURT:**

**COME NOW** Plaintiffs, through their undersigned counsel, and respectfully state as follows:

1. On March 4, 2026, Defendant Frontier Airlines, Inc. filed its Motion to Dismiss at Docket No. 14.
2. On March 6, 2026, the Court entered its Order at Docket No. 15 concerning Defendant's Motion to Dismiss.
3. Thereafter, Defendant filed Docket No. 16, seeking, among other relief, that its Motion to Dismiss be deemed unopposed and submitted for resolution.
4. On March 26, 2026, the Court entered Docket No. 17, which states: "ORDER noted and granted [16] MOTION to lift stay and Request to Deem MTD Unopposed and Submitted for Resolution."
5. Plaintiffs subsequently filed their Opposition to Motion to Dismiss at Docket No. 18, setting forth Plaintiffs' substantive response to the arguments raised by Defendant in Docket No. 14.

6. Plaintiffs respectfully request that the Court consider Docket No. 18 as Plaintiffs' substantive response to the Motion to Dismiss at Docket No. 14, so that the Court may have the benefit of Plaintiffs' position and arguments before adjudicating the pending Motion to Dismiss.

7. Plaintiffs further respectfully request that Docket No. 18 be considered together with the record already before the Court, including Docket Nos. 14, 15, 16, and 17.

8. Consideration of Docket No. 18 will permit the Court to adjudicate the Motion to Dismiss upon the parties' respective substantive positions and will avoid unnecessary duplication of pleadings.

9. Plaintiffs do not seek to alter, amend, or supplement the substantive arguments already presented in Docket No. 18 through this request. Rather, Plaintiffs respectfully ask the Court to consider the filing already appearing on the docket in connection with Defendant's Motion to Dismiss.

**WHEREFORE,** Plaintiffs respectfully request that this Honorable Court: CONSIDER Docket No. 18 as Plaintiffs' Opposition to Defendant's Motion to Dismiss at Docket No. 14; Consider Docket No. 18 together with the existing record, including Docket Nos. 14, 15, 16, and 17; and Grant such other and further relief as this Honorable Court may deem just and proper.

**RESPECTFULLY SUBMITTED.**

S/JOSEPH F. GIERBOLINI
U.S. District Court Bar No. 229014
JURIS ZONE LAW OFFICES PSC
P.O. Box 191620
San Juan, Puerto Rico 00919-1620
Tel. (787) 225-5367
Email: juriszone@capr.org
**ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that, on this same date, I electronically filed the foregoing Plaintiffs' Motion Requesting Consideration of Docket No. 18 Opposition to Motion to Dismiss with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.